Commonwealth *v.* Sufford, et al., Appellants.

Before SCHWARTZ, J., without a jury.

Submitted November 17, 1975. *Stephen P. Swem* and *John H. Corbett, Jr.,* Trial Defenders, *John J. Dean,*

Chief, Appellate Division, and *Ralph J. Cappy,* Public Defender, for appellants; *Robert L. Eberhardt,* Assistant District Attorney, *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.